# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DONALD RAY MAGEE, JR.

NO. 2021 KW 1478

**FEBRUARY 14, 2022**

In Re: Donald Ray Magee, Jr., applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 11-CR5-114111.

**BEFORE: McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED AS MOOT IN PART AND DENIED IN PART.** The record of the Clerk of Court of Washington Parish reflects the district court denied relator's "Collateral Review" motion on November 30, 2021. Moreover, relator is not entitled to mandamus relief with respect to his "Motion for Out-of-Time Reconsideration of Sentence," because "[a]n 'out-of-time' motion to reconsider sentence is not contemplated by the Code of Criminal Procedure nor allowed by the jurisprudence." See **State v. Woods**, 2019-1141 (La. App. 1st Cir. 6/4/21), 328 So.3d 434, 448-49, writ not considered, 2021-00968 (La. 11/3/21), 326 So.3d 899.

**PMc**
**JEW**
**MRT**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT